Case No. 23-30723

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

Curtis Terrell; Angela Terrell,
*Plaintiffs-Appellees*,

v.

Jason Allgrunn; Michael Banta; Jeffery Henderson, Jr.
*Defendants-Appellant*s

On Appeal from the U.S. District Court for the Western District of Louisiana, Civil Action No. 5:20-cv-00999
_____

## SECOND MOTION TO EXTEND APPELLANT BRIEF DEADLINE
## WITHIN 30-DAY LEVEL I EXTENSION PERIOD
_____

James R. Sterritt, #18447
James Ashby Davis, #37653
COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation
P. O. Box 22260
Shreveport, LA  71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850
james.sterritt@cookyancey.com
ashby.davis@cookyancey.com
*Attorneys for Defendants-Appellants Jason Allgrunn, Michael Banta and Jeffery Henderson, Jr.*

Dated: December 20, 2023

NOW INTO COURT, through undersigned counsel, come Appellants, JASON ALLGRUNN, JEFFERY HENDERSON, JR., and MICHAEL BANTA, who respectfully move to extend Appellants' brief deadline by 7 days, as follows:

1.

Defendants-Appellants filed a Notice of Appeal on October 9, 2023, appealing the Order issued in this matter by the Honorable Elizabeth Foote, United States District Court Judge, on September 29, 2023.  That Order denied defendants' Motion for Summary Judgment, which Motion was based on Qualified Immunity and the absence of a constitutional violation.  ROA.1791-1792.

2.

The Court issued a briefing notice to Appellants setting a deadline of December 5, 2023, to file Appellant's Original Brief in this Court.

3.

On November 13, 2023, Appellants requested and obtained a 17-day extension of time, extending the deadline to December 22, 2023.  However, this morning, a member of undersigned counsel's immediate family experienced an unexpected medical event requiring medical attention. In light of this development, undersigned counsel respectfully requests a seven (7) day extension, to December 29, 2023, in order to file Appellant's Original Brief in this Court.

4.

Accordingly, Appellants, Jason Allgrunn, Jeffery Henderson, Jr., and Michael Banta request that their Appellants' Brief Deadline be extended by 7 days, or until December 29, 2023.

5.

Because Appellants originally requested and received only a 17-day extension, this request still falls under a Level 1 Extension, *i.e.*, an extension of less than thirty (30) days from Appellants' original brief deadline. *See* Fifth Circuit Rule 34.4.3.

6.

Counsel for Plaintiffs-Appellees Curtis Terrell and Angela Terrell has stated that Plaintiffs-Appellants do not oppose the requested extension.

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By:   /s/James Ashby Davis
      James R. Sterritt #18447
      James Ashby Davis #37653
333 Texas Street, Suite 1700
Post Office Box 22260
Shreveport, Louisiana 71120-2260
Telephone:  (318) 221-6277
Telecopier:  (318) 227-7850
james.sterritt@cookyancey.com
ashby.davis@cookyancey.com
ATTORNEYS FOR DEFENDANTS-
APPELLANTS, JASON ALLGRUNN,
MICHAEL BANTA and JEFFERY
HENDERSON, JR.

## **CERTIFICATE**

I HEREBY CERTIFY that on the 20th of December, 2023, a copy of Defendants-Appellants' motion was filed electronically with the Clerk of Court using the CM/ECF system, with notice to be sent by operation of the court's electronic filing system to all counsel of record, and via email to all counsel.

          /s/  James Ashby Davis
            OF COUNSEL