No. 23-30723
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**
_____

Curtis Terrell; Angela Terrell,
       *Plaintiffs-Appellees*,

v.

Jason Allgrunn; Michael Banta; Jeffery Henderson, Jr.
       *Defendants-Appellant*s

On Appeal from the U.S. District Court for the Western District of Louisiana, Civil Action No. 5:20-cv-00999
_____

**MOTION TO EXTEND APPELLEES' OPPOSITION DEADLINE**
_____

        Casey Rose Denson
        Casey Denson Law, LLC
        8131 Oak Street, Suite 100
        New Orleans, LA 70118
        Telephone: (504) 224-0110
        cdenson@caseydensonlaw.com
        Attorney for Plaintiffs Appellees,
        Curtis Terrell And Angela Terrell

Dated: January 5, 2023

NOW INTO COURT, through undersigned counsel, come Appellees, CURTIS TERRELL AND ANGELA TERRELL, who respectfully move to extend Appellees' deadline to file their opposition to Appellants' opening brief by 30 days, as follows:

1.

On October 9, 2023, Defendants-Appellants filed a Notice of Appeal appealing an Order by the Honorable Elizabeth Foote, United States District Court Judge on the parties' cross-motions for summary judgment.

2.

On December 21, 2023, this Court granted Appellants' Second Motion for Extension to file their opening brief, setting Appellants' new deadline to December 29, 2023. With this, pursuant to Federal Rule of Appellate Procedure 31, Appellees will have 30 days, up to and including January 28, 2024, to file their opposition to Appellants' opening brief.

3.

This Motion is not being made for the purpose of delay but is made based upon the need for additional time to prepare Appellee's response. Because of obligations in other cases and scheduling demands from recent holiday office closures, Appellees request additional time in which to prepare their opposition.

4.

Accordingly, Appellees Curtis Terrell and Angela Terrell request that their Opposition Brief Deadline be extended by 30 days, up to and including February 27, 2024.

5.

This request for a 30-day extension of Appellees' Opposition Brief Deadline is timely under Fifth Circuit Rule 31.4.1(a), which requires such a request to be filed at least 7 days before the deadline at issue. This Motion is the first request for an extension of the deadline to file Appellees' Opposition to Appellants' Opening Brief.

6.

Counsel for Defendants-Appellants do not oppose the requested extension.

Respectfully submitted by,

　　/s/ Casey Rose Denson　　
Casey Rose Denson
Casey Denson Law, LLC
8131 Oak Street, Suite 100
New Orleans, LA 70118
T: (504) 224-0110
cdenson@caseydensonlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that today, January 5, 2024, a copy of the Motion to Extend Appellees' Opposition Deadline, was served via electronic filing with the Clerk of Court and all registered ECF users by using the CM/ECF system.

                                                   /s/ Casey Rose Denson
                                                   Casey Rose Denson
                                                   Casey Denson Law, LLC
                                                 8131 Oak Street, Suite 100
                                                 New Orleans, LA 70118
                                                 (504) 224-0110
                                                 cdenson@caseydensonlaw.com