Case No. 23-30723

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Curtis Terrell; Angela Terrell,
    *Plaintiffs-Appellees*,

v.

Jason Allgrunn; Michael Banta; Jeffery Henderson, Jr.
    *Defendants-Appellant*s

On Appeal from the U.S. District Court for the Western District of Louisiana, Civil Action No. 5:20-cv-00999

## MOTION TO EXTEND APPELLANTS' REPLY BRIEF DEADLINE

    James R. Sterritt, #18447
    James Ashby Davis, #37653
    COOK, YANCEY, KING & GALLOWAY
    A Professional Law Corporation
    P. O. Box 22260
    Shreveport, LA  71120-2260
    Telephone: (318) 221-6277
    Telecopier: (318) 227-7850
    james.sterritt@cookyancey.com
    ashby.davis@cookyancey.com
    *Attorneys for Defendants-Appellants Jason Allgrunn, Michael Banta and Jeffery Henderson, Jr.*

Dated: February 22, 2024

NOW INTO COURT, through undersigned counsel, come Appellants, JASON ALLGRUNN, JEFFERY HENDERSON, JR., and MICHAEL BANTA, who respectfully move to extend Appellants' Reply brief deadline by 10 days, as follows:

1.

Defendants-Appellants filed a Notice of Appeal on October 9, 2023, appealing the Order issued in this matter by the Honorable Elizabeth Foote, United States District Court Judge, on September 29, 2023. That Order denied defendants' Motion for Summary Judgment, which Motion was based on Qualified Immunity and the absence of a constitutional violation. ROA.1791-1792.

2.

Appellants filed their Appellant Brief on December 28, 2023. Appellees Curtis and Angela Terrell filed their Appellee Brief on February 9, 2024. Appellants' Reply Brief is currently due on March 1, 2024.

3.

Undersigned counsel has been working on Appellants' Reply Brief in this matter. However, because of the current caseload, schedule, and obligations of the undersigned, Appellants request additional time in which to prepare their brief in this matter. Specifically, between the time that Appellees Curtis and Angela Terrell filed their Appellee Brief on February 9, 2024, and March 1, 2024, the current

deadline for filing Appellants' Reply Brief, undersigned counsel has had deadlines in the following matters: (1) *Wedgeworth v. Mitchell, et al.*, Case No. 71,499, Eleventh Judicial District Court, Sabine Parish, Louisiana; (2) *Larkin Development at Railsback, L.L.C. v. City of Shreveport*, Case No. 599,394, First Judicial District Court, Caddo Parish, Louisiana; and (3) *Larkin Development North, L.L.C. v. City of Shreveport*, Case No. 599,393, First Judicial District Court, Caddo Parish, Louisiana. Undersigned counsel had primary responsibility for satisfying these deadlines. Further, undersigned counsel has had and continues to have additional responsibilities in non-litigation matters between February 9, 2024, and March 1, 2024.

4.

Accordingly, Appellants, Jason Allgrunn, Jeffery Henderson, Jr., and Michael Banta request that their Appellants' Reply Brief Deadline be extended by 10 days, or until March 11, 2024.

5.

This request for a 10-day extension of Appellants' Brief Deadline is timely under Fifth Circuit Rule 31.4.1(a), which requires such a request to be filed at least 7 days before the deadline at issue. This Motion is the first request for an extension of the deadline to file Appellants' Reply Brief.

6.

Counsel for Appellees Curtis Terrell and Angela Terrell has stated that Appellees do not oppose the requested extension.

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: /s/James Ashby Davis
James R. Sterritt #18447
James Ashby Davis #37653
333 Texas Street, Suite 1700
Post Office Box 22260
Shreveport, Louisiana 71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850
james.sterritt@cookyancey.com
ashby.davis@cookyancey.com
ATTORNEYS FOR DEFENDANTS-APPELLANTS, JASON ALLGRUNN, MICHAEL BANTA and JEFFERY HENDERSON, JR.

## **CERTIFICATE**

I HEREBY CERTIFY that on the 22nd of February, 2024, a copy of Defendants-Appellants' motion was filed electronically with the Clerk of Court using the CM/ECF system, with notice to be sent by operation of the court's electronic filing system to all counsel of record, and via email to all counsel.

/s/ James Ashby Davis
OF COUNSEL
