# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

February 22, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30723   Terrell v. Allgrunn
                     USDC No. 5:20-CV-999

The court has taken the following action in this case:

Appellants' motion for an extension of time to file reply brief is DENIED.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Allison G. Lopez, Deputy Clerk
                504-310-7702

Mr. James Ashby Davis
Ms. Casey Rose Denson