# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 18, 2024

Mr. James Ashby Davis
Cook, Yancey, King & Galloway, A.P.L.C.
333 Texas Street
Shreveport, LA 71101

    No. 23-30723   Terrell v. Allgrunn
                       USDC No. 5:20-CV-999

Dear Mr. Davis,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies.  **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents**. See 5th Cir. R. 30.1.7(c).

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
   Ms. Casey Rose Denson