

Casey Rose Denson
8131 Oak Street, Suite 100
New Orleans, LA 70118
Phone: (504) 224-0110
Fax: (504) 534-3380
cdenson@caseydensonlaw.com

July 2, 2024

**By Electronic Submission**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:    *Terrell v. Allgrunn, et al.* Case No. 23-30723
       Rule 28(j) Supplemental Authority Letter

Dear Mr. Cayce,

      Pursuant to Federal Rule of Appellate Procedure 28(j) and Circuit Rule 28.4, Curtis and Angela Terrell notify this Court of the June 20, 2024 published decision in *Chiaverini et al. v. City of Napoleon, Ohio, et al.* 602 U. S. ____ (2024).

      In *Chiaverini*, the United States Supreme Court answered the following: "when the official brings multiple charges, only one of which lacks probable cause[,] [d]o the valid charges insulate the official from a Fourth Amendment malicious-prosecution claim relating to the invalid charge? The answer is no: The valid charges do not create a categorical bar." *Id.* at 1.

      Here, the Officers contend that they are entitled to qualified immunity from Mr. Terrell's malicious prosecution claim because they had "probable cause to arrest [him] . . . for multiple crimes." Appellant's Original Brief, 51. DPSO sought prosecution of Mr. Terrell for the charges of "Resisting a Police Officer with Force or Violence and Disturbing the Peace." ROA.1042. Mr. Terrell argues that he can show that he was maliciously prosecuted because the officers did not have probable cause for either crime. However, now, under *Chiaverini*, Mr. Terrell can still succeed on his claim even if it is determined that the officers only had probable cause under one statute, and not the other. Mr. Terrell raises this newly decided opinion to the panel for review to aid consideration of whether he can establish an underlying constitutional violation to satisfy the first step of the qualified immunity analysis.

                                                Respectfully submitted,

                                                Casey Rose Denson, Esq.
                                                CASEY DENSON LAW, LLC
                                                8131 Oak Street, Suite 100

July 2, 2024
Page 2

New Orleans, LA 70118
(504) 224-0110
cdenson@caseydensonlaw.com
*Counsel for Plaintiffs-Appellees*