# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 29, 2024
Lyle W. Cayce
Clerk

No. 23-30723

_____

Curtis Terrell; Angela Terrell,

*Plaintiffs—Appellees,*

versus

Jason Allgrunn; Michael Banta; Jeffery Henderson, Jr.,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:20-CV-999

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT