# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 10, 2024

Ms. Casey Rose Denson
Casey Denson Law, L.L.C.
8131 Oak Street
Suite 100
New Orleans, LA 70118

    No. 23-30723   Terrell v. Allgrunn
                         USDC No. 5:20-CV-999

Dear Counsel:

Please be advised that the court has requested a response to the Appellants' Petition for Rehearing be filed in this office on or before September 20, 2024.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Roeshawn Johnson, Deputy Clerk
                        504-310-7998

cc:  Mr. James Ashby Davis