# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-30723

---

United States Court of Appeals
Fifth Circuit

**FILED**

October 15, 2024

Lyle W. Cayce
Clerk

CURTIS TERRELL; ANGELA TERRELL,

*Plaintiffs—Appellees,*

*versus*

JASON ALLGRUNN; MICHAEL BANTA; JEFFERY HENDERSON, JR.,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:20-CV-999

---

ORDER:

The order withholding issuance of the mandate in this appeal is
VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT