# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 7, 2025
Lyle W. Cayce
Clerk

No. 23-30723

Curtis Terrell; Angela Terrell,

*Plaintiffs—Appellees,*

versus

Jason Allgrunn; Michael Banta; Jeffery Henderson, Jr.,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:20-CV-999

ON PETITION FOR REHEARING

Before Smith, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the petition for rehearing is DENIED.